that he had no other crop hail insurance on the crop in question except that provided by the "Federal Government." Plaintiff paid defendant $10,340 for his loss. Thereafter plaintiff discovered the second crop hail insurance policy[2] and brought this action to recover what it had paid under its policy.

After reviewing the record and briefs, and hearing oral arguments on the questions presented, we conclude that the petition for further review was improvidently granted. Our order granting further review is, therefore, vacated. The decision of the Court of Appeals affirming the judgment of Wake Superior Court remains undisturbed and in full force and effect.

Discretionary review improvidently granted.

FRED M. SIMMONS AND WIFE, EUNICE S. SIMMONS v. UNITED STATES OF AMERICA, ACTING THROUGH THE FARMERS HOME ADMINISTRATION, U.S. DEPARTMENT OF AGRICULTURE, JAMES O. BUCHANAN, TRUSTEE

No. 121

(Filed 12 January 1982)

APPEAL as of right pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals which affirmed the trial court's dismissal of plaintiffs' action for lack of jurisdiction over the subject matter (G.S. 1A-1, Rule 12(h)(3)) entered by *Judge Howell* on 29 October 1980 in Superior Court, CLEVELAND County. The opinion of the Court of Appeals, reported at 53 N.C. App. 216, 280 S.E. 2d 463 (1981), is by *Judge Hedrick* with *Judge Martin (Harry C.)* concurring and *Judge Wells* dissenting in part.

2. Apparently the second insurer has also repudiated its policy, but the reason does not clearly appear in the record.

*Harold J. Bender, U.S. Attorney, by Max O. Cogburn, Jr., Assistant U.S. Attorney, and Lawrence B. Lee, Senior Attorney, Office of the General Counsel, U.S. Department of Agriculture, for defendant-appellee United States of America.*

*Hamrick, Mauney, Flowers, Martin & Deaton, by W. Robinson Deaton, Jr., for plaintiff-appellants.*

PER CURIAM.

The facts are fully and accurately stated in the opinion of the Court of Appeals. For the reasons given in that opinion, the decision of the Court of Appeals is

Affirmed.